

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-25-00140-CV |
| JAZMINE DAVIS | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Selena Solis, presiding judge of the 243rd District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to vacate its Findings of Fact and Conclusions of Law and Judgment, in accordance with the opinion of this Court. The writ of mandamus will only issue should the trial court fail to comply.

IT IS SO ORDERED this 30th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret.)
Rodriguez, C.J. (Ret.) (sitting by assignment)